| | |
|---|---|
| DEFENDANT: | JUAN GABRIEL ORONA-RODRIGUEZ |
| YOB: | 1997 |
| OFFENSE(S): | **Count 1: 21 U.S.C. § 846:** Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine, a Schedule II Controlled Substance in Violation of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>**Count 2: 21 U.S.C. § 841(a)(1), (b)(1)(C):** Distribution of and Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine, a Schedule II Controlled Substance |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | **Counts 1 & 2 (Each Count):** NMT 20 years' imprisonment; NMT $1,000,000 fine, or both; NLT 3 years' and NMT life supervised release; $100 Special Assessment |
| AGENT: | Andrew Cohen<br>Special Agent, FBI |
| AUTHORIZED BY: | Michael Houlihan<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  X   five days or less____ over five days

THE GOVERNMENT
X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and (2)

The statutory presumption of detention **is** applicable to this defendant.